No. 79–1944. J. TRUETT PAYNE CO., INC. *v.* CHRYSLER MOTORS CORP. C. A. 5th Cir. Certiorari granted.

No. 79–2006. BARRENTINE ET AL. *v.* ARKANSAS-BEST FREIGHT SYSTEM, INC., ET AL. C. A. 8th Cir. Motion of respondents to dismiss the memorandum for the United States as *amicus curiae* granted. Certiorari granted.

No. 79–6423. LASSITER *v.* DEPARTMENT OF SOCIAL SERVICES OF DURHAM COUNTY. Ct. App. N. C. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 79–6740. BULLINGTON *v.* MISSOURI. Sup. Ct. Mo. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 79–6853. WEBB *v.* WEBB. Sup. Ct. Ga. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 80–5060. CARTER *v.* KENTUCKY. Sup. Ct. Ky. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 79–6624. ROSALES-LOPEZ *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 79–6777. STEAGALD *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.